IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
   v. ) 1:17CR270-1
BREXTON REDELL LLOYD )

**ORDER ON REQUEST TO MODIFY CONDITIONS OF RELEASE**

This matter is before the Court upon request of the Supervising United States Probation Officer to modify the conditions or term of supervision of the Defendant. Doc. 41. The Court has reviewed the petition and finds the following:

( ) The request is denied.

( ) The requested Extension of Supervision is reasonably related to relevant sentencing factors and is appropriate. With the Defendant's consent the period of Supervised Release is extended to                          .

(x) The requested Modification of Conditions is reasonably related to relevant sentencing factors and is appropriate. With the Defendant's consent, the modification is adopted and the Defendant is ordered to comply.

( ) Other:

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: March 5, 2020