PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Report of Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | BREXTON REDELL LLOYD | Case Number: | 1:17CR270-1 |

Name of Sentencing Judicial Officer:   The Honorable Catherine C. Eagles

Date of Original Sentence:   August 2, 2018

Original Offense:   Count 1s: Conspiracy-Animal Fighting in violation of 18 U.S.C. § 371.

Count 11s: Possession of Dogs for the Purpose of Having them Participate in an Animal Fighting Venture in violation of 7 U.S.C. § 2156(b) and 18 U.S.C. § 49(a).

Count 13s: Possession of Dogs for the Purpose of Having them Participate in an Animal Fighting Venture in violation of 7 U.S.C. § 2156(b) and 18 U.S.C. § 49(a).

Original Sentence:   Custody of the Bureau of Prisons for one year and one day, followed by three years of supervised release.

March 4, 2020: Modification for the following Conditions was filed:
1. The defendant shall not sell, buy, train, transport, deliver and receive dogs for any animal fighting venture.

2. The defendant shall not participate, organize, referee or spectate any animal fighting venture.

3. The defendant shall provide the probation officer with licensing records, proof of ownership and veterinary records for all animals in his care and control as directed by the probation officer.

4. The previously ordered special condition wherein the defendant shall not own, buy, sell, possess or care for any dog unless approved by the Court is modified to allow the defendant care and control of dogs he has provided documented proof of ownership and licensing records for to the probation officer.

Type of Supervision:   Supervised Release   Date Supervision Commenced: August 1, 2019
Date Supervision Expires: July 31, 2022

Assistant U.S. Attorney: Joanna G. McFadden   Defense Attorney: Mireille P. Clough

TRAVEL REQUEST / OUT OF COUNTRY

On March 10, 2021, the probation officer received a request from Mr. Lloyd to travel outside of the country for the purpose of vacationing with his fiancée in Panama. The duration of the trip would last from April 25 to May 05, 2021. Mr. Lloyd plans to stay at Hacienda Los Molinos Boutique Hotel in Alto Boquete, Panama.

Mr. Lloyd's term of supervised release commenced on August 1, 2019. Mr. Lloyd has refrained from any non-compliant behaviors during his term of supervised release and subsequently transferred to the low intensity supervision caseload on July 20, 2020. Mr. Lloyd is currently retired and receives disability from his service in the military. Mr. Lloyd presently resides in Eagle Springs, North Carolina, where he maintains a residence with his fiancée. Due to Mr. Lloyd's compliance, the probation officer has no objections and recommends that his travel be approved.

Respectfully submitted,

Kimberly L. Bruce
U.S. Probation Officer

Approved by:

Christopher M. Bersch
Supervisory U.S. Probation Officer

March 11, 2021
Date